UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| JILLISA THORNTON, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) | Case No. CV415-323 |
|  | ) |  |
| UHS OF SAVANNAH, LLC et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## O R D E R

The Court having reviewed and considered the petition of Teresa Rider Bult of the law firm of Constangy, Brooks, Smith & Prophete, LLP, 401 Commerce Street, Suite 1010, Nashville, Tennessee 37219 for permission to appear pro hac vice on behalf of defendants UHS of Savannah, LLC et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Teresa Rider Bult as counsel of record for defendants UHS of Savannah, LLC et al., in this case.

**SO ORDERED** this __11th__ day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA