IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JILLISA THORNTON,  )
 )
    Plaintiff,  )
 )
v.  )    CASE NO. CV415-323
 )
UHS OF SAVANNAH, LLC, d/b/a  )
Coastal Harbor Health System,  )
and UHS OF DELAWARE, INC.,  )
 )
    Defendants.  )
 )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 19.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE**. Defendants' Motion to Dismiss (Doc. 6) is **DISMISSED AS MOOT**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 11th day of July 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA